```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

PATRICIA WEAVER,

       Plaintiff,

v.                                  Case No: 2:12-cv-549-FtM-29CM

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____

**<u>OPINION AND ORDER</u>**

    This matter is before the Court on consideration of Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #19), filed on March 17, 2014, recommending that the Decision of the Commissioner be affirmed. No objections have been filed, and the time to do so has expired.

    The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standard. <u>Crawford v. Comm'r of Soc. Sec.</u>, 363 F.3d 1155, 1158 (11th Cir. 2004)(citing <u>Lewis v. Callahan</u>, 125 F.3d 1436, 1439 (11th Cir. 1997)). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. <u>Moore v. Barnhart</u>, 405 F.3d 1208, 1211 (11th Cir. 2005)(citing

Crawford, 363 F.3d at 1158-59). Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59 (citing Martin v. Sullivan, 894 F.2d 1520, 1529 (11th Cir. 1990)). The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. Moore, 405 F.3d at 1211 (citing Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983)); Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005)(citing Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004)). The Court reviews the Commissioner's conclusions of law under a *de novo* standard of review. Ingram v. Comm'r of SSA, 496 F.3d 1253, 1260 (11th Cir. 2007)(citing Martin, 894 F.2d at 1529).

After an independent review, and finding no objections, the Court agrees with the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #19) is **accepted and adopted** by the Court.

2. The Decision of the Commissioner of Social Security is **affirmed.**

    3.    The Clerk of the Court shall enter judgment accordingly and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of April, 2014.

```
                              _____
                              JOHN E. STEELE
                              UNITED STATES DISTRICT JUDGE
```

Copies:
Hon. Carol Mirando
U.S. Magistrate Judge

Counsel of Record